UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| V. ) | NO. 3:07-CR-52 |
| ) | VARLAN/SHIRLEY |
| MICHAEL SCOTT BUMPAS ) | TV2 |
| ) | |
| Defendant. ) | |

FILED 2007 JUN 27 P 5: 18

## AGREED ORDER AMENDING PRE-TRIAL CONDITIONS OF RELEASE

Comes the parties on the Defendant's motion for an order amending the pre-trial conditions of release and notify the Court that they have reached an agreement on the Defendant's motion as follows:

1. The conditions of release for Mr. Bumpas can and should be amended to remove home incarceration and electronic monitoring as provided in paragraph t. of the Order Setting Conditions of Release for any time period that he is receiving in-patient drug abuse treatment.

2. That this amendment should be in place for any time period when Mr. Bumpas is in-patient drug treatment which is anticipated to occur at a facility called New Leaf Recovery Center, 1200 S. Willow, Cookeville, TN 38501 (877-567-6051) from June 28, 2007 forward.

IT IS THEREFORE, ORDERED, ADJUDGED AND DECREED that the conditions of release for Mr. Bumpas will be amended to remove home incarceration and electronic monitoring as provided in paragraph t. of the Order Setting Conditions of Release for any time period that he is receiving in-patient drug abuse treatment and that this amendment will be in place for any time period when Mr. Bumpas is in-patient

drug treatment which is anticipated to occur at a facility called New Leaf Recovery Center, 1200 S. Willow, Cookeville, TN 38501 (877-567-6051) from June 28, 2007 forward. These conditions are only suspended for the time period when Mr. Bumpas is in in-patient drug abuse treatment and will be back in full force and effect for any time period Mr. Bumpas is not in in-patient drug abuse treatment. It is a condition of this order that pre-trial services monitor Mr. Bumpas' enrollment status at any in-patient treatment facility and advise the Court immediately of any changes in his enrollment status at any such facility.

_____
United States Magistrate Judge

APPROVED FOR ENTRY:

_____
Tracy Stone, Esq. *per oral perm.*
Assistant U.S. Attorney    by Jonathan Moffatt

_____
Jonathan A. Moffatt
Attorney for Michael Scott Bumpas

_____
U.S. Pretrial Services Officer  Tulla Tucker for Joe Cuccia

2